# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS GARCIA, Jr., | : |
| Petitioner | : |
| | CIVIL ACTION NO. 3:17-1926 |
| v. | : |
| | (Judge Mannion) |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 30, 2019**
17-1926-01-ORDER